IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM DOBSON<br><br>                               Plaintiff,<br><br>v.<br><br>THE MILTON HERSHEY SCHOOL<br>AND SCHOOL TRUST<br>and<br>THE MILTON HERSHEY SCHOOL TRUST<br>and<br>THE BOARD OF MANAGERS OF THE MILTON<br>HERSHEY SCHOOL<br>and<br>THE HERSHEY TRUST COMPANY, AS TRUSTEE OF<br>THE MILTON HERSHEY SCHOOL TRUST,<br>                               Defendants. | C.A. NO.: 2016-cv-3596-CDJ |

## STIPULATION TO EXTEND TIME TO RESPOND

The parties hereby stipulate and agree to an extension of time until October 7, 2016 in which Plaintiff, Adam Dobson must file his Response to Defendants' Motion to Dismiss [Dkt. #11.]

| | |
|---|---|
| /s/ Gregory F. Cirillo | /s/ Justin G. Weber |
| Gregory F. Cirillo, Esquire | Thomas B. Schmidt, Esquire |
| Alexander J. Nassar, Esquire | Justin G. Weber, Esquire |
| **DILWORTH PAXSON LLP** | **PEPPER HAMILTON LLP** |
| 1500 Market Street, Suite 3500E | 100 Market Street, Suite 200 |
| Philadelphia, PA 19102 | P.O. Box 1181 |
| Phone: 215-575-7000 | Harrisburg, PA 17108 |
| Emails: gcirillo@dilworthlaw.com; | Phone: 717-255-1155 |
|          anassar@dilworthlaw.com | Emails: schmidtt@pepperlaw.com; |
| *Attorneys for Plaintiff* |          weberjg@pepperlaw.com |
| | *Attorneys for Defendants* |

**SO ORDERED:**

_____
C. Darnell Jones, II, J.

Sept. 21, 2016

119267975_1